UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILIANA DEL CISNE RUEDA TORRES,<br><br>        Petitioner,<br><br>v.<br><br>LaDEON FRANCIS, in his official capacity as Acting Field Office Director of New York Immigration and Customs Enforcement, et al.,<br><br>        Respondents. | 1:25-CV-8408 (DEH)<br><br>ORDER SETTING<br>BRIEFING SCHEDULE |

DALE E. HO, United States District Judge:

  The Court, having reviewed the Government's Response to the Order to Show Cause, construes the Response as an Opposition to the Petition. The Court hereby **VACATES** the original briefing schedule. Due to Petitioner's pro se status, the Court **ORDERS** Petitioner to file a Reply Brief in Support of the Petition no later than **December 22, 2025 at 5:00 P.M. EST.**

  The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued, including at the following email address: jeffrey.oestericher@usdoj.gov. The Clerk shall also mail a copy of this Order to Petitioner's next friend Fabian Arias at the address provided on the Petition. SO ORDERED.

Dated: October 21, 2025
    New York, New York

                       DALE E. HO
                    United States District Judge