UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILIANA DEL CISNE RUEDA TORRES,<br><br>                        Petitioner,<br><br>              -against-<br><br>LaDEON FRANCIS, et al.,<br><br>                        Defendants. | 25-CV-8408 (DEH)<br><br>ORDER DIRECTING PAYMENT OF FEE<br>OR IFP APPLICATION |

DALE E. HO, United States District Judge:

      Petitioner Liliana Del Cisnes Rueda Torres brings this petition for a writ of *habeas corpus*. Petitioner's friend, Fabian Arias, who has next friend standing, submitted the petition *pro se*, without a filing fee or request to waive the fee by filing an application to proceed *in forma pauperis* ("IFP").

      To proceed with a petition for a writ of *habeas corpus* in this court, a petitioner must either pay the $5.00 filing fee or file a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. Within 30 days of the date of this order, Petitioner's next friend must pay the $5.00 filing fee or submit the attached IFP application, which should be labeled with docket number 25-CV-8408 (DEH).

The Court directs the Clerk of Court to: (1) mail a copy of this order to Petitioner Liliana Del Cisnes Rueda Torres at: A246-107-679, the South Louisiana ICE Processing Center, 3843 Stagg Avenue, Basile, Louisiana, 70515; and (2) mail a copy of this order to next friend Fabian Arias at the address listed on the Petition.[1]

SO ORDERED.

Dated: October 22, 2025
New York, New York

DALE E. HO
United States District Judge

---

[1] Arias may also complete a Consent to Electronic Service form. If Arias consents to receive documents by email, he will not receive court documents by regular mail.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____ CV _____ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

_____

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☐ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes   ☐ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes   ☐ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____
   If "no," what was your last date of employment? _____
   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☐ No
   (b) Rent payments, interest, or dividends             ☐ Yes   ☐ No

SDNY Rev: 8/5/2015

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____  _____
Dated                        Signature

_____  _____
Name (Last, First, MI)       Prison Identification # (if incarcerated)

_____  _____
Address          City        State        Zip Code

_____  _____
Telephone Number             E-mail Address (if available)