UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liliana Del Cisne Rueda Torres,<br><br>       Plaintiff(s),<br><br>    v.<br><br>LaDeon Francis, et al.,<br><br>       Defendant(s). | 25-CV-8408 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Petitioner, who is proceeding pro se, did not pay the filing fees to commence this action. She seeks release from immigration detention through a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241. She names as Respondents: (1) LaDeon Francis, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; (2) Kristi Noem, in her official capacity as Secretary of Homeland Security; (3) Pamela Bondi, in her official capacity as Attorney General of the United States. The Court directed the Clerk to appoint pro bono counsel by order dated October 22, 2025. ECF No. 14. Counsel first appeared on October 30, 2025. ECF Nos. 16–17. Counsel requested an issuance of summons on November 5, 2025. ECF No. 18.

  The Clerk of Court is directed to issue summonses as to Respondents. Petitioner is directed to serve the summons and petition on each Respondent within 90 days of the issuance of the summonses. Counsel for Petitioner is ORDERED to indicate whether Petitioner intends to rely on the U.S. Marshals to effectuate service. Counsel is further ORDERED to inform the Court by November 14, 2025 regarding the status of contact with Petitioner or Petitioner's next friend, including whether Counsel has assisted with the filing of an application to proceed *in forma pauperis*. Petitioner is directed to Federal Rule of Civil Procedure 4(i)(2), regarding

service of officers of the United States sued in their official capacity. *See* Fed. R. Civ. P. 4(i)(2) ("To serve . . . a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the . . . officer[.]"); *see also id.* 4(i)(1) (providing information on service of the United States). Plaintiff is apprised that failure to timely complete service may result in dismissal of this action for failure to prosecute. *See id.* 4(m) ("If a defendant is not served within 90 days . . . , the court . . . must dismiss the action . . . or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service[.]").

    SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                      DALE E. HO
                                United States District Judge