**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LILLIANA DEL CISNE RUEDA TORRES,

                     Petitioner,                               25 **CIVIL** 8408 (DEH)

     -against-                                                 <u>**JUDGMENT**</u>

LADEON FRANCIS, et al.,

                     Respondents.
-------------------------------------------------------------X

    It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated November 13, 2025, Ms. Rueda Torres' Petition, ECF No. 1, is GRANTED. Respondents are ORDERED to transport Ms. Rueda Torres (A Number 246-107-679) back to the Southern District of New York no later than Sunday, November 16, 2025, and immediately upon effectuating her transfer, to release Ms. Rueda Torres from custody; and further, to certify compliance with the Court's order by a filing on the docket by that date. Respondents are further ENJOINED from re-detaining Mr. Rueda Torres without a valid exercise of discretion consistent with this Order. Cf. Hyppolite v. Noem, 25 Civ. 4304, 2025 WL 2829511, at *16 (E.D.N.Y. Oct. 6, 2025). It is further ORDERED that Respondents are ENJOINED from denying bond to Ms. Rueda Torres in any subsequent proceeding on the basis that she must be detained pursuant to: (1) 8 U.S.C. § 1225(b), or (2) 8 U.S.C. § 1226(c) absent a change in relevant circumstances consistent with the Order; and it is further ORDERED that, if Ms. Rueda Torres is granted bond, Respondents are ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2). Aguilar Lares, 25 Civ 01562, ECF No. 19, Order. Judgment is entered in Petitioner's favor pursuant to F.R.C.P. 58.

**DATED:** New York, New York
             November 17, 2025

                                                    **TAMMI M. HELLWIG**
                                                        **Clerk of Court**
                            **BY:**     *K. Mango*
                                                         **Deputy Clerk**