

April 16, 2026

<u>**VIA ECF**</u>
Hon. Dale E. Ho
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *Liliana Del Cisne Rueda Torres v. Francis*, et al., No. 25-CV-8408 (DEH)

Dear Judge Ho:

We represent Petitioner Liliana Del Cisne Rueda Torres in this matter, and we write jointly with the Respondent to request a briefing schedule for Petitioner's motion for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). By Order dated January 16, 2026, the Court extended Petitioner's time to make that motion to 30 days after resolution of the appeal of the determination that Respondent had previously noticed. On April 15, 2026, Respondent filed a stipulation of withdrawal of that appeal under Fed. R. App. P. 42(b). Accordingly, under the Court's January 16, 2026 Order, Petitioner's motion would be due on May 15, 2026. However, the parties wish to explore whether they can resolve Petitioner's attorneys' fee claim without motion practice, and accordingly jointly request that the Court extend that motion deadline to June 15, 2026. The parties have further agreed that Respondent's opposition to the motion, if one is filed, would be due June 29, 2026, and Petitioner's reply would be due July 6, 2026.

We thank the Court for its attention to this matter.

**Application GRANTED.  The deadlines herein are adopted.  The Clerk of Court is respectfully directed to terminate ECF No. 35.**

Respectfully Submitted,

*/s/ Melissa Lim Chua*

Melissa Lim Chua
Lauren Nicole Kostes
New York Legal Assistance Group
100 Pearl St., 19th Fl.
New York, NY 10004
(212) 659-6044
mchua@nylag.org
lkostes@nylag.org

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: April 20, 2026
New York, New York

*Pro Bono Counsel for Petitioner*

cc: Respondents' counsel of record (via ECF)

100 Pearl Street, 19th Floor, New York, NY 10004     t:212.613.5000    f:212.750.0820
nylag.org