



BY ECF                                                                June 8, 2026

Honorable Dale E. Ho
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Torres v. Francis, et al.*, No. 25-cv-8408 (DEH)**

Dear Judge Ho,

    We represent Petitioner Liliana Del Cisne Rueda Torres in this matter, and we write on behalf of bothd Parties to request a revised briefing schedule for Petitioner's motion for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). On April 20, 2026, the Court granted the Parties' joint request to extend Petitioner's deadline to file a motion for attorneys' fees until June 15, 2026, while the Parties sought to resolve Petitioner's claims without motions practice (Dkt No. 35). Following good faith negotiations, the Parties were unable to reach agreement and accordingly will proceed to briefing. The Parties respectfully request that the Court extend Petitioner's deadline to file the motion for fees and propose the following briefing schedule:

- **June 30, 2026**: Petitioner's motion for attorneys' fees;
- **July 21, 2026:** Respondent's opposition;
- **August 4, 2026**: Petitioner's reply

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Alexandra Zaretsky

Alexandra Zaretsky
Danielle Tarantolo
Melissa Lim Chua
Lauren Nicole Kostes
New York Legal Assistance Group
100 Pearl Street, 19th Floor
New York, NY 10004
azaretsky@nylag.org
dtarantolo@nylag.og
mchua@nylag.org
lkostses@nylag.org
(212) 659-7515

**Application GRANTED. The deadlines herein are adopted. The Clerk of Court is respectfully directed to terminate ECF No. 38.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: June 9, 2026
New York, New York